4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

KHRISTOPHER MARTELL EVANS,

Defendant.

_____/

Violations:
18 U.S.C. § 922(g)(1)
18 U.S.C. § 3147
18 U.S.C. § 924(e)

Case:2:26-cr-20355
Judge: Berg, Terrence G.
MJ: Stafford, Elizabeth A.
Filed: 06-03-2026 At 03:15 PM
INDI USA V. EVANS (DA)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. §§ 922(g)(1), 3147, and 924(e)
*Felon in Possession of a Firearm*

On or about April 11, 2026, in the Eastern District of Michigan, Southern Division, the defendant, KHRISTOPHER MARTELL EVANS, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is: one Romarm Cugir, GP WASR-10, 7.62 x 39mm caliber rifle, in violation of Title 18, United States Code, Section 922(g)(1).

The offense alleged in this count is subject to the enhanced penalty provisions of Title 18, United States Code, Section 3147(1), in that the defendant, KHRISTOPHER MARTELL EVANS, committed this offense while on release

1

for a felony pursuant to an order dated September 17, 2024, from the United States District Court for the Eastern District of Michigan, Southern Division, Case No. 24-cr-20556, which order notified the defendant of the potential effect of committing an offense while on pretrial release.

Before the defendant, KHRISTOPHER MARTELL EVANS, committed the offense charged in this count, he had at least three previous convictions for offenses qualifying under Title 18, United States Code, Section 924(e) that were committed on occasions different from one another, and is therefore, subject to penalties provided under Title 18, United States Code, Section 924(e)(1).

## **FORFEITURE ALLEGATIONS**
U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461(c).

Under Title 18, United States Code, Section 924(d)(1) together with Title 28, United States Code, Section 2461(c), upon conviction of the offense in violation of Title 18, United States Code, Section 922(g) set forth in Count One of this Indictment, the defendant, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of the offense,

2

including, but not limited to: one Romarm Cugir, GP WASR-10, 7.62 x39mm caliber rifle and related ammunition.

THIS IS A TRUE BILL

_s/ Grand Jury Foreperson_
GRAND JURY FOREPERSON

JEROME F. GORGON Jr.
United States Attorney

_s/ Mark Bilkovic_
Mark Bilkovic
Chief, Violent and Major Crimes Unit
Assistant United States Attorney

_s/ Micah S. Wallace_
Micah S. Wallace
Assistant United States Attorney

Dated: June 3, 2026

3

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cov‹** | Case:2:26-cr-20355<br>Judge: Berg, Terrence G.<br>MJ: Stafford, Elizabeth A.<br>Filed: 06-03-2026 At 03:15 PM<br>INDI USA V. EVANS (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** 24-cr-20556 |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** Hon. Judith E. Levy |
| ☒ Yes ☐ No | **AUSA's Initials: M.W** |

**Case Title:** USA v. KHRISTOPHER MARTELL EVANS

**County where offense occurred :** Wayne

**Check One:** ☒ Felony ☐ Misdemeanor ☐ Petty

\_\_\_\_Indictment/\_\_\_\_Information — **no** prior complaint.
✓ Indictment/\_\_\_\_Information — based upon prior complaint [Case number: 26-mj-30217 ]
\_\_\_\_Indictment/\_\_\_\_Information — based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____ **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

June 3, 2026
Date

Micah Wallace P80019
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone:313-226-9591
Micah.Wallace@usdoj.gov

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.